Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

05 - 649 1M - 25

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. P 0571361
)
)
Rabbi Arthur Waskow )

## NOTICE OF APPEAL

Name and address of appellant:   Rabbi Arthur Waskow, 6711 Lincoln Drive, Philadelphia PA 19119

Name and address of appellant's attorney:

Offense:  Demonstrating without a permit

Concise statement of judgment or order, giving date, and any sentence:

11/17/05 Guilty, $50 fine, $25 court costs

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

Nov. 29, 2005
DATE

Arthur Waskow
APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal?   YES ☐   NO ☐
Has counsel ordered transcripts?          YES ☐   NO ☒
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ☐   NO ☒

RECEIVED
DEC - 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT