UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

STEPHANIE ALLEN,
ANNA L. WHITE,
ANNAMARIA CALDARA,
CINDY SHEEHAN,
JOHN BARBER,
JOSEPH A. ROBBINS,
ANDREW C. SCHOERKE,
JOHN RODGERS,
ARTHUR WASKOW,
EVE L. TETAZ,

Appellants.

Case No. 05-MJ-00649-AK

FILED

APR 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is hereby

**ORDERED** that, pursuant to the Court's February 2, 2006 Order [# 20], the Appellants' brief(s) in support of their appeals shall be filed and served on or before April 24, 2006. The Government's responsive brief(s) shall be filed and served on or before May 24, 2006. Appellants' reply briefs shall be filed and served on or before May 31, 2006. Oral arguments shall be heard on June 2, 2006 at 10:30 a.m. in Courtroom 25.

**SO ORDERED.**

April 11th, 2006

Thomas F. Hogan
Chief Judge