UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 1 8 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

STEPHANIE ALLEN,
ANNA L. WHITE,
ANNAMARIA CALDARA,
CINDY SHEEHAN,
JOHN BARBER,
JOSEPH A. ROBBINS,
ANDREW C. SCHOERKE,
JOHN RODGERS,
ARTHUR WASKOW,
EVE L. TETAZ,

Appellants.

Case No.  05-MJ-00649-AK

## ORDER

On December 2, 2006, pursuant to Rule 58(g)(2)(B) of the Federal Rules of Criminal

Procedure, the appellants notified the Court of their intent to appeal criminal convictions

imposed against them for violations of law relating to a demonstration in which they participated

[7-16]. The Court ordered that the appellants file legal briefs setting forth the grounds for their

appeals by January 23, 2006 [18]. In response to the appellants' subsequent requests for

additional time to prepare their legal briefs [19, 28-32], the Court first extended the deadline to

file the appellants' legal briefs to April 24, 2006 [24] and then later extended the deadline to July

1, 2006 [35]. To date, however, none of the appellants except Cindy Sheehan has filed a legal

brief in support of his or her appeal or otherwise taken any action in pursuit of the same.

Accordingly, it is hereby

(N)

**ORDERED** that the appeals of Stephanie Allen, Anna L. White, AnnaMaria Caldara, John Barber, Joseph A. Robbins, Andrew D. Schoerke, John Rodgers, Arthur Waskow and Eve L. Tetaz shall be dismissed with prejudice for lack of prosecution. *See, e.g., Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) ("The authority of a court to dismiss *sua sponte* for lack of prosecution has generally been considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases."). It is further

**ORDERED** that the appeal filed by Cindy Sheehan shall be excluded from this Order and shall proceed in accordance with the Court's previous directions.

**SO ORDERED.**

July 17, 2006

Thomas F. Hogan
Chief Judge